# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>CORY JAMES BENNETT<br><br><br><br>*Defendant(s)* | )<br>)<br>)  Case No.  26-mj-2028<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 1, 2025 to present__ in the county of __Montgomery__ in the __Middle__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2422(b) | Coercion and Enticement of a Minor to Engage in Unlawful Sexual Activity |
| 18 U.S.C. Section 2252A(a)(2) | Receipt of Child Pornography |
| 18 U.S.C. Section 2423(b) | Travel With Intent to Engage in Illicit Sexual Conduct |

This criminal complaint is based on these facts:
SEE ATTACHED

☑ Continued on the attached sheet.

*e-signed//Bradley J. Smith*
*Complainant's signature*

FBI Special Agent Bradley J. Smith
*Printed name and title*

Sworn to me remotely by telephone, in compliance with Fed. R. Crim. P. 4.1.

Date: January 30, 2026

*Judge's signature*

City and state:  Nashville, Tennessee                    , U.S. Magistrate Judge
*Printed name and title*

## STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Bradley J. Smith, a Special Agent of the Federal Bureau of Investigation (FBI) being duly sworn, deposes and states the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the FBI and have been so employed since 2009. I am currently assigned to the FBI's Nashville Division, Clarksville, Tennessee Resident Agency, in the Middle District of Tennessee. My primary duties and responsibilities involve the investigation of violations of federal laws involving online child exploitation, child pornography, enticement of minors, and other similar crimes. During my tenure as a Special Agent, I have served as the case agent on numerous federal criminal investigations and served as the affiant on numerous federal applications for search warrants and criminal complaints. I possess a Bachelor of Science in Business Administration and a Master of Business Administration. As an FBI Special Agent, I am authorized to investigate violations of federal statutes including 18 U.S.C. §§ 2422(b), 2252A(a)(2), and 2423(b).

2. This statement is submitted in support of a Criminal Complaint for the arrest of **CORY JAMES BENNETT ("SUSPECT")** for the following offenses: Coercion and Enticement of a Minor to Engage in Unlawful Sexual Activity, in violation of 18 U.S.C. § 2422(b); Receipt of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2); and Travel With Intent to Engage in Illicit Sexual Conduct, in violation of 18 U.S.C. § 2423(b). The following information contained in this statement is based on my training and experience, my personal participation in this investigation and information provided to me by other law enforcement officials and public/private entities. Unless otherwise indicated, where I have referred to written or oral statements, I have summarized them in substance and in part, rather than verbatim. Not

all facts of the investigation known to me are contained herein, only those necessary to establish probable cause for the arrest of **CORY JAMES BENNETT**.

3. The statements contained in this statement are based in part on information provided by other FBI Special Agents and other law enforcement officers, written reports about this investigation, reports of law enforcement agents, statements of witnesses and victims, information gathered from the service of subpoenas, information provided by electronic service providers pursuant to the issuance of federal search warrants, the results of physical and electronic surveillance conducted by law enforcement agents, independent investigation and analysis by FBI agents/analysts and computer forensic professionals, records from the Michigan Secretary of State (SOS), the National Crime Information Center (NCIC), and my experience, training, and background as a Special Agent with the FBI and as a law enforcement officer.

4. Because this statement is being submitted for the limited purpose of obtaining the requested Criminal Complaint, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts necessary to establish probable cause for the issuance of the Criminal Complaint.

### STATEMENT OF PROBABLE CAUSE

5. On or about January 5, 2026, I was notified by the Minneapolis, Minnesota office of the FBI that they had initiated an investigation into **CORY JAMES BENNETT ("SUSPECT")**, a resident of Clarksville, Tennessee, in the Middle District of Tennessee, for inappropriate online sexual communications with a Minor Female ("MF") who is currently 15 years old and resides in Minnesota. These online communications with MF are believed to have primarily occurred via the Snapchat online social media application and began when MF was 14 years old. I was told that **SUSPECT** also allegedly recently traveled in interstate commerce from

the Middle District of Tennessee to the District of Minnesota in December 2025 for the purpose of meeting MF for in-person for illicit sexual conduct.

6. On or about December 15, 2025, the FBI in Minnesota received a report from MF's parents that the family recently noticed strange behavior from MF, which included MF becoming excited to go "study" away from home, only to be told by one of MF's friends that MF was not actually at the location where MF reported she would be studying. Upon returning from this purported study session, the parent discovered that MF's bra was in her backpack, which was not normal for MF.

7. MF's parent also reported that, in recent days, MF stated that she was going to take the family dog for a long walk and would be gone for nearly two hours, despite wintry conditions. Finally, shortly before the report to the FBI, MF's parent conducted a review of MF's cell phone and discovered that MF had a Snapchat account that was not known to MF's friends and family. MF's parent observed that MF had been in contact with one other Snapchat user, **SUSPECT**, since approximately August 2025. Based upon a review of MF's Snapchat account by her parent, it appeared that **SUSPECT** had been to Minnesota to visit MF with **SUSPECT** sending messages about returning his car, being at the airport, and landing.

8. MF's parent also observed what appeared to be several sexually explicit images depicting MF and sexually explicit images depicting an individual who appeared to be the **SUSPECT**, including images of both MF and **SUSPECT** masturbating. MF's parent also found a video that appeared to show **SUSPECT** and MF together in a vehicle at or near MF's parent's home in Minnesota. MF's parent provided the FBI in Minnesota with information associated with **SUSPECT's** Snapchat account, to include **SUSPECT's** location on the SnapMap in Clarksville, Tennessee, in the Middle District of Tennessee, and **SUSPECT's** phone number.

## FORENSIC INTERVIEW OF MF

9. On or about December 19, 2025, MF was forensically interviewed by an FBI Child and Adolescent Forensic Interviewer (CAFI) at the FBI office in Minneapolis, Minnesota. In summary, MF provided the following information:

10. MF met **SUSPECT** on a website called "Thundr," which I know to be a website that uses an Internet or cellular connection to pair random people together for either text or video chats. Users can optionally enter keywords of interests that can be paired with users who have entered the same or other similar interests. MF identified **SUSPECT** as "Cory," who was 24 years old and lived in Tennessee.

11. **SUSPECT** and MF began talking around late July or August 2025. MF and **SUSPECT** took a break from talking for about two weeks and then began talking again sometime in or about September 2025. MF and **SUSPECT** communicated via multiple online social media applications including Snapchat, Discord, Thundr, and Roblox.

12. MF and **SUSPECT** saw each other in person for the first time on or about October 8, 2025, when **SUSPECT** drove from Michigan, where he had been visiting friends, to Minnesota, to visit MF. While **SUSPECT** was in Minnesota, he stayed at a hotel near the Mall of America. MF told **SUSPECT** which store she and her family were at in the Mall of America. **SUSPECT** and MF saw each other at the Mall of America's Five Below store while MF was there with her mother and sister.

13. MF said her relationship with **SUSPECT** was "never really defined." **SUSPECT** talked about dating, milestones in life, and living with MF. However, MF knew that this was never going to happen, and she had a "cutoff date" in her mind for some time in December 2025.

14. MF and **SUSPECT** discussed seeing each other sometime around **SUSPECT's**

4

birthday, which was in December. MF claimed that she kept putting off planning this by giving different excuses. **SUSPECT** and MF talked about meeting the weekend of December 12 and 13, 2025, which was solidified when **SUSPECT** bought nonrefundable plane tickets. **SUSPECT** flew to Minneapolis and stayed at a hotel near the Mall of America.

15. MF believed that **SUSPECT** flew to Minnesota on Wednesday, December 10, 2025, and MF saw him in person on Thursday, December 11, 2025. They had made a plan to meet at a coffee shop near MF's father's house. MF told her father she was going Christmas shopping and met up with **SUSPECT**, which her father knew nothing about. **SUSPECT** and MF visited a store called Patina and two thrift stores. From there, MF went home and got her dog to take on a walk. MF walked outside with **SUSPECT** around her father's house, and they got Dunkin Donuts together. **SUSPECT** and MF kissed during this walk and hung out in **SUSPECT's** rental car in a parking lot.

16. MF then saw **SUSPECT** again on Saturday, December 13, 2025, while MF was at her mother's house. MF told her mother that she was going to study at a Panera Bread restaurant, but MF walked to a Jimmy John's restaurant and **SUSPECT** picked MF up in a big white car. **SUSPECT** and MF hung out in the car at Life Time.

17. MF said that she and **SUSPECT** "technically" had intercourse, but "it wasn't real." MF explained that **SUSPECT** "went in" and then apologized because he was not hard. **SUSPECT** told MF that he "never said [he] was good at car sex." These acts took place in the back area of **SUSPECT's** rented minivan, after the seats were moved to accommodate them. MF was in the seat and **SUSPECT** was on his knees. **SUSPECT** and MF did not use protection because MF knew they were not going to have sex and that was something MF "adamant" about. **SUSPECT's** penis touched MF's vagina, and his finger went inside her vagina. **SUSPECT** also put his mouth

5

on MF's vagina, but it "wasn't very good." After this encounter, MF walked home. MF was also on her menstrual cycle part of the time when **SUSPECT** was in town.

18. MF saw **SUSPECT** again on Sunday, December 14, 2025, and they sat in **SUSPECT's** car and played music in the same parking garage they were before. This encounter ended with MF's mother "freaking out" about where MF was and MF not responding to her mother's text messages. Upon returning home, MF's mother took her phone and computer and went through them.

19. MF sent nude photos of herself to **SUSPECT**. Whenever **SUSPECT** asked for nudes, it was in a "playful, back-and-forth" context. MF never felt threatened or scared by **SUSPECT** asking for photos.

20. During the forensic interview, the CAFI showed MF a series of photos, screenshots, and images of items retrieved from MF's cell phone. As part of these images, MF identified that she had **SUSPECT's** phone number saved as a contact in her phone and that **SUSPECT** and MF had a 46-day streak of communicating on Snapchat.

21. MF identified a series of photos taken by herself of **SUSPECT** while she and **SUSPECT** were together in the minivan rented by **SUSPECT** in Minnesota that she later sent to **SUSPECT** via Snapchat.

22. MF discussed a screenshot of message communications with **SUSPECT** in which they discuss the Needoh brand fidget toy MF gave to **SUSPECT** while they were together in Minnesota.

23. MF identified a photo of her breasts that was taken by her on her phone and sent to **SUSPECT** via Snapchat. MF also identified a photo of her vagina that she took on her phone and sent to **SUSPECT**. MF told **SUSPECT** not to save this photo and MF does not believe **SUSPECT**

6

saved it.

24. Per MF, she and **SUSPECT** only discussed her age on one occasion, and she told **SUSPECT** that she was 20 years old and in college. However, on one occasion, MF sent **SUSPECT** a photo of herself while she was at school and **SUSPECT** commented that the fluorescent lights in the photo are not what he expected to see in a college classroom.

## SEARCH WARRANT FOR SNAPCHAT ACCOUNTS

25. On December 18, 2025, the FBI in Minnesota obtained a federal search warrant for the full contents of the Snapchat social media accounts, including chat and message communications, images and videos exchanged with other users, IP address logs, subscriber and account information, device information, friend lists, SnapMap geolocation information, and numerous other types of records, data, and information for the Snapchat accounts of both **SUSPECT** and MF from Chief United States District Judge Patrick J. Schiltz, District of Minnesota [*In the Matter of the Search of Information Associated with Snap, Inc. Accounts Further Identified in Attachment A, Case No. 25-MJ-864-PJS*].

### *Snapchat Search Warrant Returns*

26. On or about December 23, 2025, Snap, Inc. provided a return in response to the above search warrant for the Snapchat accounts of **SUSPECT** and MF. The amount of data provided by Snap, Inc. in their returns is voluminous and is still being fully evaluated.

27. Snap, Inc. provided subscriber information for **SUSPECT's** account for a display name, "Cory." **SUSPECT's** account was established in 2015.

28. Snapchat provided extensive communications logs between **SUSPECT** and MF that range between approximately August 21, 2025 and December 16, 2025 and contain approximately 2,284 different contacts between **SUSPECT** and MF during this time period. These

7

contacts include various types of communications including chat messages, images, videos, voice notes, audio calls logs, and other communications. The vast majority of the messages sent by **SUSPECT** to MF are encrypted and are not visible to law enforcement without decryption. While law enforcement can see that **SUSPECT** transmitted messages to MF, the content of these messages is not visible. However, the messages sent by MF to **SUSPECT** are not encrypted and are fully visible to law enforcement.

29. Snap, Inc. also provided extensive records pertaining to **SUSPECT**'s geolocation between the dates of November 2, 2025 and December 16, 2025. In total, Snap, Inc. captured **SUSPECT**'s geolocation in the form of latitude and longitude on a total of approximately 7,610 instances during this time period. These locations show **SUSPECT**'s movements during this time period throughout the Middle District of Tennessee including in Clarksville, Tennessee; Nashville, Tennessee; and also show **SUSPECT** traveling extensively during this timeframe to Michigan, Texas, Iceland, Germany, and Minnesota.

30. A review of the photos and videos exchanged between **SUSPECT** and MF show that MF sent numerous photos and videos constituting obvious self-produced child pornography of her own body to **SUSPECT** via her Snapchat account on many different dates. These include photos and videos that MF self-produced of her body including numerous videos of MF masturbating her vagina and videos of MF inserting sex toys commonly referred to as "dildos" or "vibrators" into or onto her vagina, which she sent to **SUSPECT** via Snapchat. I can also see that **SUSPECT** sent numerous videos of a white male, with no face visible, masturbating his erect penis. Some of these photos show the male ejaculating. On some of the dates, when **SUSPECT** received child pornography from MF, he was located in the Middle District of Tennessee, per geolocation information provided by Snap, Inc. in their search warrant return. On some other

8

dates, **SUSPECT** was outside the Middle District of Tennessee when he received child pornography from MF. Two specific dates on which **SUSPECT** received child pornography from MF while **SUSPECT** was located within the boundaries of the Middle District of Tennessee are discussed as follows:

*Receiving Child Pornography on November 22, 2025 in the Middle District of Tennessee*

31. On or about November 22, 2025, MF sent approximately 19 unique videos to **SUSPECT** via Snapchat that all appear to show MF with her vagina clearly exposed. MF's vagina is clearly the main focal point of these videos. In several of these videos, MF is visible masturbating by inserting a light-purple-colored sex toy into her vagina and moving it back and forth in and out of her vagina. In at least one of these videos, MF is visible inserting the light-purple-colored sex toy into her vagina and moving it back and forth in and out of her vagina while also using a second dark purple sex toy, apparently a "vibrator," to stimulate the outside of her vagina. MF's face is visible in some of these videos.

32. From the geolocation data provided by Snap, Inc., referenced above, I can see that on November 22, 2025, **SUSPECT** was located in the Middle District of Tennessee, at or in close proximity to his residence in Clarksville, Tennessee, during the general time that MF sent these videos to **SUSPECT**.

*Receiving Child Pornography on November 24, 2025 in the Middle District of Tennessee*

33. On or about November 24, 2025, MF sent approximately seven unique videos to **SUSPECT** via Snapchat that all appear to show MF with her vagina clearly exposed. MF's vagina is the main focal point of these videos. In several of these videos, MF is visible inserting a light purple-colored sex toy into her vagina and moving it back and forth in and out of her vagina.

34. From the geolocation data provided by Snap, Inc., referenced above, I can see that

on November 24, 2025, **SUSPECT** was located in the Middle District of Tennessee, at or in close proximity to his residence in Clarksville, Tennessee, during the time that MF sent these videos to **SUSPECT**.

*Travel to Minnesota in Interstate Commerce for Illicit Sexual Conduct*

35. Based upon information provided by MF's parent and MF in her forensic interview, it is believed that **SUSPECT** traveled from his residence in Clarksville, Tennessee, in the Middle District of Tennessee, to visit MF in the District of Minnesota. Based upon geolocation data provided by Snap, Inc., I can track **SUSPECT**'s movements between December 11, 2025 and December 15, 2025, as detailed below. This list, which is not an all-inclusive list of all **SUSPECT's** movements during this time period, is meant only to show sufficient probable cause that **SUSPECT** traveled in interstate commerce for the purpose of meeting MF in-person to engage in illicit sexual activity:

36. On December 11, 2025, **SUSPECT's** location is observed at or near the general location of **SUSPECT's** residence in Clarksville, Tennessee, in the Middle District of Tennessee. Later that same day, **SUSPECT's** location is observed to be at or near the vicinity of the Nashville International Airport (BNA), also in the Middle District of Tennessee. After an approximately two-and-a-half hour gap in location history, **SUSPECT's** location is observed to be at or near the vicinity of the Minneapolis-Saint Paul International Airport (MSP), in the District of Minnesota. I believe this gap in location history and sudden jump in location from Nashville, Tennessee, to Minneapolis, Minnesota, is consistent with air travel in which passengers are typically required to power off their cell phones.

37. On multiple occasions on December 11, 2025, **SUSPECT** is observed to be in the general vicinity of a coffee shop that is located approximately 0.2 miles or approximately a five-

10

minute walk from MF's father's residence in the District of Minnesota, which corroborates MF's statement from the forensic interview. **SUSPECT** is later observed to be located in the vicinity of a Hilton Garden Inn located near MSP.

38. On December 11, 2025, after the conclusion of a possible in-person encounter between **SUSPECT** and MF, MF and **SUSPECT** had a chat conversation via Snapchat. I can only read MF's messages as **SUSPECT's** messages are encrypted. MF sent multiple messages to **SUSPECT** of, "*Tell me what I can do better next time*," and "*Did you read my letter.*"

39. On December 12, 2025, **SUSPECT** and MF continue their conversation via Snapchat. MF tells **SUSPECT**, "*I miss your fingers*" and apologizes to **SUSPECT** for beginning her menstrual cycle. Later that day, MF sent the following messages to **SUSPECT** via Snapchat:

| | | |
|---|---|---|
| MF: | *I was so excited* |
| **SUSPECT**: | [Encrypted] |
| **SUSPECT**: | [Encrypted] |
| MF: | *Sadness* |
| MF: | *We've committed a CRIME* |
| **SUSPECT**: | [Encrypted] |
| MF: | *omg* |
| MF: | *Noooooo* |
| MF: | *Period* |
| MF: | *That means nooooo* |

40. Late on December 13, 2025, MF and **SUSPECT** had a conversation, via Snapchat, in which MF sent the following messages to **SUSPECT**: "*Tell her how you ate me out and someone drove by*" and "*Whatever you did to my clit every time I sit down it like throbs it doesnat*

*(sic) hurt its just doin shit."*

41. Contemporaneous to the time that **SUSPECT** was conversing with MF via Snapchat, **SUSPECT** was also engaging in a separate Snapchat group conversation with several other individuals via Snapchat who **SUSPECT** appears to know in real life. I can see that this group discusses meeting in person for social events and they talk about that, once some of the group members soon move back to Michigan, **SUSPECT** will then be the only member of the group living outside of Michigan. Members of the group then encourage **SUSPECT** to move back to Michigan because he has a remote job. On December 12, 2025, while **SUSPECT** is in the District of Minnesota, one of the members of this group sends a message which reads, "*Top 10 things to do with your underage girlfriend*," to which **SUSPECT** immediately responded:

> **SUSPECT**: *I am alone*
>
> **SUSPECT**: *She's in school rn*
>
> **SUSPECT**: *Wow that sounds way worse fuck*

42. One of the group members goes on to ask **SUSPECT**, "*Be honest, is she mature for her age?*" to which **SUSPECT** responded, "*Kill yourself.*" The group continued their conversation about which member of their group may go bald first, to which one of the group members suggests, "*Cory [SUSPECT] is first*" because "*it comes with dating underage ppl.*"

43. **SUSPECT's** geolocation showed him in the District of Minnesota over the course of December 13, December 14, and December 15, 2025. On December 13, **SUSPECT** was in the vicinity of Crisp & Green, located only approximately 0.4 miles and approximately a nine-minute walk from MF's mother's house. Crisp & Green was also one of the locations mentioned by MF in her forensic interview. On December 14, 2025, **SUSPECT** was located in the vicinity of a sushi restaurant and a Lifetime Fitness location, both located less than a half mile walk from MF's

mother's residence, for nearly three straight hours. On each day, **SUSPECT** appeared to return to the vicinity of the Hilton Garden Inn located near MSP.

44. On January 12, 2026, FBI Special Agents in Minnesota served an Administrative Subpoena on the General Manager of the Hilton Garden Inn located near MSP. The General Manager provided records which showed **SUSPECT** stayed at the hotel for a total of four nights from December 11 to December 15, 2025. **SUSPECT** booked his hotel reservation on or about November 20, 2025 via the Internet on the Expedia travel website.

45. On December 13, 2025, **SUSPECT** sent MF a total of three photos, via Snapchat, which appear to show MF and **SUSPECT** clothed and seated together inside the back of a vehicle and parked in a parking garage. On December 14, MF sent **SUSPECT** a short video, which is dark, via Snapchat that appears to show MF and **SUSPECT** together in person.

46. On December 15, 2025, **SUSPECT** was again observed in the vicinity of MSP airport before again re-appearing at BNA in the Middle District of Tennessee a short time later. **SUSPECT's** geolocation then returned to Clarksville, Tennessee, was observed at or near a grocery store, and then was observed at or in the vicinity of his residence in Clarksville, Tennessee in the Middle District of Tennessee late on December 15, 2025.

47. Minnesota Statute § 609.344(1a)(b), *Criminal Sexual Conduct in the Third Degree*, prohibits the sexual penetration of a person at least 14 years of age, but less than 16 years of age, while the offender is more than 24 months older than the victim. Per this statute, if the offender is no more than 60 months older than the victim, it shall be an affirmative defense, which must be proved by a preponderance of the evidence, that the offender reasonably believes the victim to be 16 years of age or older. In all other cases, mistake as to the victim's age shall not be a defense. Additionally, consent by the victim is not a defense.

48. Minnesota Statute § 609.341(1) defines "sexual penetration" as relevant here as sexual intercourse, cunnilingus, fellatio, or anal intercourse or any intrusion however slight into the genital or anal openings of the complainant's body by any part of the actor's body or any object used by the actor for this purpose.

49. At the time of the alleged in-person sexual activity in the District of Minnesota, MF was 15 years old and **SUSPECT** was 23 years old, which is an age difference of approximately eight years.

*IP Address Associated with SUSPECT's Residence*

50. As part of **SUSPECT's** Snapchat search warrant return, Snap, Inc. provided extensive IP address logs associated with numerous different IP addresses utilized by **SUSPECT** to access the Snapchat application. One of the numerous IP addresses utilized by **SUSPECT** on a frequent basis was observed to be 162.247.52.164. A query of the website www.whatismyipaddress.com revealed that this IP address is registered to the Clarksville Department of Electricity (CDE). From my training and experience and from being assigned to the Clarksville office of the FBI for over seven years, I know that CDE is a local electric power company that offers Internet services to customers via the brand "CDE Lightband." I know that CDE Lightband is available only to residents located within the city limits of the City of Clarksville, Tennessee. On January 9, 2026, I served an Administrative Subpoena on CDE Lightband for subscriber information of the customer utilizing this IP address on multiple specific dates and times, which all corresponded to dates and times **SUSPECT** utilized this IP address to access his Snapchat account.

51. On January 12, 2026, CDE provided a return which identified the subscriber of this IP address on the dates and times requested as **CORY BENNETT ("SUSPECT")** at an address

known to be associated with **SUSPECT** in Clarksville, Tennessee, in the Middle District of Tennessee. Per CDE Lightband's records, **SUSPECT's** account was activated July 10, 2025.

*Physical Surveillance of SUSPECT's Residence*

52. On January 12, 2025, I conducted a physical surveillance in the vicinity of **SUSPECT's** residence in Clarksville, Tennessee and observed a person closely resembling **SUSPECT** arrive in a dark gray Ford C-Max vehicle, registered to **SUSPECT** in the State of Michigan, and enter the breezeway of the apartment complex en route to where he would enter his apartment unit.

53. I have also obtained the Michigan driver's license photo for **CORY JAMES BENNETT**, which appears to closely resemble photos and videos sent by **SUSPECT** to MF via Snapchat and also appears to closely resemble photos of the **SUSPECT** seen in the photos together with MF in the back of the vehicle with MF in the District of Minnesota.

## CONCLUSION

54. Based upon the above, I believe there is sufficient probably cause for the issuance of an arrest warrant for **CORY JAMES BENNETT** for the following offenses: Coercion and Enticement of a Minor to Engage in Unlawful Sexual Activity, in violation of 18 U.S.C. § 2422(b); Receipt of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2); and Travel With Intent to Engage in Illicit Sexual Conduct, in violation of 18 U.S.C. § 2423(b).